# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Angelica Rios and Rebeca Velasco, <br>     Plaintiffs <br> v. <br> Progressive Northern Insurance Co., et al., <br>     Defendants | 2:18-cv-02396-JAD-GWF <br><br> **Remand Order** <br> [ECF No. 4] |

For the reasons stated on the record during today's hearing on the Motion to Remand,

IT IS HEREBY ORDERED that the Motion to Remand **[ECF No. 4] is GRANTED; this case is remanded back to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-18-784438-C, Dept. No. 2.** The Clerk of Court is directed to CLOSE THIS CASE.

Dated January 22, 2019

_____
Jennifer A. Dorsey
United States District Judge